No. 942. KERR ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Harvey N. Black* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondent.

No. 987. PRADO OIL & GAS CO. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 1026. SKELLY OIL CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 1080. HAMON ET AL. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David T. Searls* for petitioner in No. 987. *Hawley C. Kerr, Bradford Ross, M. Darwin Kirk, Homer McEwen, Jr., Dale E. Doty* and *Bruce R. Merrill* for petitioners in No. 1026. *Wm. Taylor LaGrone, Alfred C. DeCrane, Jr., M. Darwin Kirk, Homer E. McEwen, Jr.* and *Dale E. Doty* for petitioners in No. 1080. *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn, Kathryn H. Baldwin, Richard A. Solomon, Howard E. Wahrenbrock, Robert L. Russell* and *Peter H. Schiff* for the Federal Power Commission; *Kent H. Brown* and *Morton L. Simons* for the Public Service Commission of the State of New York; and *William T. Coleman, Jr., Harold E. Kohn, Richardson Dilworth, David K. Kadane* and *Bertram D. Moll* for United Gas Improvement Co. et al., respondents in Nos. 987 and 1026. *Solicitor General Cox* and *Richard A. Solomon* for the Federal Power Commission, and *Kent H. Brown* and *Morton L. Simons* for the Public Service Commission of the State of New York, respondents in No. 1080. Reported below: Nos. 987 and 1026, 117 U. S. App. D. C. 287, 329 F. 2d 242.